IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LIONELL PRITCHETTE,

    Petitioner,        No. 2: 12-cv-1719 CKD P

    vs.

CONNIE GIPSON,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. To date, petitioner has neither paid the filing fee nor filed an application to proceed in forma pauperis. The petition for writ of habeas corpus attacks a conviction issued by the Superior Court of Los Angeles County. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. See id. at 499 n.15; see also 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3  Dated: July 25, 2012

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE

10  7
   prit1719.108