1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   KEVIN LIONELL PRITCHETTE,

10            Petitioner,              No. 2:  12-cv-1719 CKD P

11       vs.

12   CONNIE GIPSON,

13            Respondent.             ORDER

14   _____/

15            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254.  To date, petitioner has neither paid the filing fee

17   nor filed an application to proceed in forma pauperis.  The petition for writ of habeas corpus

18   attacks a conviction issued by the Superior Court of Los Angeles County.  While both this court

19   and the United States District Court in the district where petitioner was convicted have

20   jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all

21   witnesses and evidence necessary for the resolution of petitioner's application are more readily

22   available in Los Angeles County.  See id. at 499 n.15; see also 28 U.S.C. § 2241(d).

23   /////

24   /////

25   /////

26   /////

1          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2    matter is transferred to the United States District Court for the Central District of California.

3      Dated: July 25, 2012

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10   7
     prit1719.108

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2